FILED
U.S. DISTRICT COURT SRS
EASTERN DISTRICT OF LA
2026 OCT 01 PM0250
CAROL L. MICHEL, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA **MISD.**

**INDICTMENT FOR ILLEGAL VOTING BY NON-CITIZEN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** SECT. T MAG. 5 |
| **v.** | * | **SECTION:** 26-222 |
| **ZIANYA YLLALY ZAMORANO** | * | **VIOLATION: 18 U.S.C. § 611(a)** |

* * *

The Grand Jury charges that:

**COUNT 1**

On or about November 5, 2024, in the Eastern District of Louisiana, the defendant, **ZIANYA YLLALY ZAMORANO**, an alien, did knowingly vote in an election held in part

✓ Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc.No.

for the purpose of electing a candidate for the office of President, Vice President, and Member of the United States Congress, in violation of Title 18, United States Code, Section 611(a).

[redacted]

DAVID I. COURCELLE
UNITED STATES ATTORNEY

FREDERICK W. VETERS, JR.
Assistant United States Attorney

New Orleans, Louisiana
October 1, 2026

FORM OBD-34

*No.* ____________

# UNITED STATES DISTRICT COURT

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**ZIANYA YLLALY ZAMORANO**

**INDICTMENT FOR**
**ILLEGAL VOTING BY NON-CITIZEN**

**VIOLATIONS: 18 U.S.C. § 611(a)**

[redacted]

*Filed in open court this* ____________ *day of* ____________ *A.D. 2026.*

____________
*Clerk*

*Bail, $* ____________

**FREDERICK W. VETERS, JR.**
**Assistant United States Attorney**